ACCEPTED
12-13-00357-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/7/2015 3:32:57 PM
CATHY LUSK
CLERK

# IN THE COURT OF APPEALS
# FOR THE TWELFTH DISTRICT
# OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/7/2015 3:32:57 PM

CATHY S. LUSK
Clerk

**TOCARRA McKIND aka**

**TOCARRA LOCKETT,** §

   APPELLANT §

§

  v. § **No. 12-13-00357-CR**

§

**THE STATE OF TEXAS,** §

   APPELLEE §

---

## STATE'S RESPONSE TO APPELLANT'S MOTION FOR BOND FOLLOWING REVERSAL OF CONVICTION PURSUANT TO TEX. CODE CRIM. PROC. ART. 44.04(h)

---

FROM THE 420th DISTRICT COURT

NACOGDOCHES COUNTY, TEXAS

TRIAL CAUSE NUMBER F1320229

THE HONORABLE EDWIN KLEIN, JUDGE PRESIDING

**CRISTIN LANE**

Assistant District Attorney
Nacogdoches County, Texas

101 West Main Street
Nacogdoches, Texas 75961
Phone: (936) 560-7766
FAX: (936) 560-6036
State Bar No. 24074573

## STATE'S RESPOSNE TO APPELLANT'S MOTION FOR BOND FOLLOWING REVERSAL OF CONVICTION PURSUANT TO TEX. CODE CRIM. PROC. ART. 44.04(h)

TO THE HONORABLE JUDGES OF THE TWELFTH COURT OF APPEALS:

COMES NOW, the State of Texas, appellee, by and through this attorney of record, Cristin Lane, in response to the motion requesting the Court release Appellant, Tocarra McKind, aka, Toccara Lockett on reasonable bail, that bail be set at $2500.00, and that the Trial Court be ordered to bench warrant Appellant to Nacogdoches County forthwith for a determination concerning the approval of sureties on the bail.

## STATEMENT OF FACTS

1. The State of Texas believes there to be no discrepancy in the Statement of Facts delineated in Appellant's Motion for Bond Following Reversal of Conviction.

## ARGUMENT AND AUTHORITIES

1. The State of Texas believes the argument and authorities quoted in support of Appellant's Motion for Bond Following Reversal of Conviction to be controlling law, and finds no legal argument to undercut that authority.

## PRAYER

**WHEREFORE**, for the reasons stated above, the State of Texas prays the Court

of Appeals follow the recommendation of the Appellant as stated in Appellant's Motion

for Bond Following Reversal of Conviction.

Respectfully submitted,
Cristin Lane

_____

Assistant District Attorney

Nacogdoches County, Texas
101 West Main Street
Nacogdoches, Texas 75961
Phone: (936) 560-7766
FAX: (936) 560-6036
State Bar No. 24074573

## CERTIFICATE OF SERVICE

A true copy of the State's brief has been served via FAX/ certified mail/ hand delivery/ electronic delivery to counsel for Appellant, Seth Johnson, on this, the 7th day of April 2015.

_____

Cristin Lane

Assistant Criminal District Attorney